UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA
V.

THOMAS EDWARD LEE

(list each defendant appearing at hearing)

Case No.: 3:09-cr-00177
Judge: Waverly D. Crenshaw, Jr.
Hearing Date: 5/8/2020
Location: ☑ Nashville ○ Columbia ○ Cookeville
Court Reporter: Lise Matthews
Court Interpreter:

# CRIMINAL MINUTES

Government Attorney(s): Joseph Montminy

Defense Attorney(s): Sumter Camp

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☑
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| # | Juror | # | Juror |
|---|---|---|---|
| 1. | | 7. | |
| 2. | | 8. | |
| 3. | | 9. | |
| 4. | | 10. | |
| 5. | | 11. | |
| 6. | | 12. | |
| Alt 1. | | Alt 2. | |

COMMENTS:

- Telephonic status conference held.
- Defendant sentenced to a term of imprisonment of 11 months concurrent with 188 months, followed by a 3 year term of supervised release.
- Order to enter.

Total Time in Court: 25 minutes

Clerk of Court
by: Kelly Parise